UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROSE STACY & JEFF STACY                                PLAINTIFFS

v.                                          Civil No. 1:18-cv-00224-GHD-RP

SAFEWAY INSURANCE COMPANY                              DEFENDANT

## ORDER DISMISSING CASE

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that Defendant Safeway Insurance Company's motion to dismiss for lack of subject matter jurisdiction, Doc. 3, is GRANTED; Plaintiffs Rose Stacy and Jeff Stacy's claims are DISMISSED without prejudice; and this case is CLOSED.

SO ORDERED, this the 5 day of February, 2019.

_____
SENIOR U.S. DISTRICT JUDGE